| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | U. S. Court of Appeals | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

2270 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Trustee | St. Edmund's Academy |
| 3. | Trustee | Richard A. Zappala Family Foundation |
| 4. | Lecturer in Law (pro bono) | Duquesne Law School |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | The First City Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duquesne University School of Law | July 7-15, 2012 | Italy | Law Lectures | Transportation, food, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Checking Account | A | Interest | K | T | | | | | |
| 2. Capital One Savings Acct. | B | Interest | M | T | | | | | |
| 3. PNC Money Market Acct. | A | Interest | N | T | | | | | |
| 4. Vangard Prmpcp Mut. Fund (MF) | A | Dividend | K | T | | | | | |
| 5. Fulton Financial Stk (CS) | A | Dividend | J | T | | | | | |
| 6. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 7. Wells Fargo MM | A | Interest | M | T | | | | | |
| 8. Altisource Asset Management | | None | J | T | Spinoff (from line 9) | 12/26/12 | J | | |
| 9. Altisource Portfolio Solutions CS | | None | K | T | | | | | |
| 10. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 01/26/12 | J | C | |
| 11. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 06/19/12 | J | D | |
| 12. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 10/03/12 | J | C | |
| 13. Altisource Resident - Class B | | None | J | T | Spinoff (from line 9) | 12/26/12 | J | | |
| 14. AON Corp | A | Dividend | | | Sold | 08/07/12 | K | C | |
| 15. Artio Global Investors | A | Dividend | | | Sold | 08/31/12 | J | A | |
| 16. AIG Group | | None | K | T | Buy | 03/27/12 | K | | |
| 17. AIG Group | | None | J | T | Buy | 05/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AIG Group | | None | J | T | Buy | 09/11/12 | J | | |
| 19. Apple | A | Dividend | K | T | Buy | 11/14/12 | K | | |
| 20. Bank New York Mellon CS | A | Dividend | K | T | Buy | 01/27/12 | K | | |
| 21. Barrick Gold Corp CS | A | Dividend | K | T | | | | | |
| 22. Berkshire Hathaway | | None | L | T | Buy | 03/06/12 | J | | |
| 23. Broadridge Financial Solutions | A | Dividend | | | Sold | 07/18/12 | J | A | |
| 24. Chemtura | | None | L | T | Buy | 05/09/12 | J | | |
| 25. Chevron | A | Dividend | | | Sold | 01/06/12 | K | D | |
| 26. Cisco Systems CS | B | Dividend | K | T | Buy | 05/10/12 | J | | |
| 27. Cisco Systems CS | B | Dividend | K | T | Buy | 10/24/12 | J | | |
| 28. Citigroup | A | Dividend | L | T | | | | | |
| 29. Clearwire Corp. CS | | None | J | T | | | | | |
| 30. Consol Energy | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 31. Corning CS | A | Dividend | K | T | | | | | |
| 32. Covanta Holding | A | Dividend | | | Sold | 06/29/12 | J | A | |
| 33. Direct TV CS | | None | K | T | Sold (part) | 09/25/12 | J | D | |
| 34. Dish Network CS | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Disney CS | A | Dividend | K | T | | | | | |
| 36. Domtar Corp CS | A | Dividend | K | T | | | | | |
| 37. Ebay CS | | None | K | T | Sold (part) | 03/01/12 | J | C | |
| 38. Ebay CS | | None | K | T | Sold (part) | 07/09/12 | K | D | |
| 39. Fairchild Semiconductor | | None | K | T | Sold (part) | 01/19/12 | J | C | |
| 40. Fairchild Semiconductor | | None | K | T | Sold (part) | 04/19/12 | J | B | |
| 41. Fairchild Semiconductor | | None | K | T | Sold (part) | 08/03/12 | K | D | |
| 42. Goldman Sachs | A | Dividend | K | T | Buy | 05/11/12 | K | | |
| 43. Google | | None | L | T | Buy | 01/20/12 | K | | |
| 44. Google | | None | L | T | Buy | 04/13/12 | J | | |
| 45. Health Net | | None | K | T | Buy | 05/29/12 | J | | |
| 46. Health Net | | None | K | T | Buy | 07/25/12 | J | | |
| 47. Health Net | | None | K | T | Buy | 08/06/12 | J | | |
| 48. Health Net | | None | K | T | Sold (part) | 11/01/12 | J | A | |
| 49. JP Morgan Chase CS | B | Dividend | L | T | | | | | |
| 50. Knoll Inc CS | A | Dividend | | | Sold | 09/06/12 | K | D | |
| 51. Knology CS | | None | | | Sold | 02/28/12 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mastercard | A | Dividend | K | T | Sold (part) | 05/01/12 | J | D | |
| 53. Metropsc Communications | | None | K | T | Buy | 10/17/12 | K | | |
| 54. Metropsc Communications | | None | J | T | Buy | 12/04/12 | J | | |
| 55. Newscorp | A | Dividend | L | T | | | | | |
| 56. PNC Financial CS | A | Dividend | | | Sold | 09/19/12 | K | D | |
| 57. Sprint Nextel CS | | None | | | Sold | 10/24/12 | K | A | |
| 58. Time Warner (new) | A | Dividend | K | T | | | | | |
| 59. TRW Automotive Holdings | | None | K | T | Buy | 05/18/12 | J | | |
| 60. TRW Automotive Holdings | | None | K | T | Buy | 10/23/12 | J | | |
| 61. US Bancorp CS | A | Dividend | K | T | | | | | |
| 62. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 63. Wells Fargo MM | A | Interest | J | T | | | | | |
| 64. RBS Capital Funding f/k/a ABN Amro Cap VII | | None | K | T | | | | | |
| 65. American Int'l Grp | B | Interest | K | T | | | | | |
| 66. Arch Capital Grp | A | Interest | | | Sold | 05/02/12 | J | A | |
| 67. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | K | T | | | | | |
| 68. Deutsche Bank | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Duke Energy PF | A | Dividend | J | T | | | | | |
| 70. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 71. Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 72. Investment Co. MF | A | Dividend | K | T | | | | | |
| 73. Renaissance Re Hldgs PF | A | Interest | J | T | Sold (part) | 12/28/12 | J | A | |
| 74. Spectra Energy Corp PF | A | Dividend | J | T | | | | | |
| 75. Washington Mutual Invest. MF | A | Dividend | K | T | | | | | |
| 76. Capital World Income MF | A | Dividend | K | T | | | | | |
| 77. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 78. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 79. Lord Abbett Inv. Trust C class | C | Dividend | M | T | | | | | |
| 80. Lord Abbett Inv. Trust Class A | D | Dividend | M | T | Buy | 12/27/12 | K | | |
| 81. 401(k) ACCOUNT #1A | | | | | | | | | |
| 82. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | J | T | | | | | |
| 83. Lg. Value Growth (T. Rowe Price) | A | Dividend | J | T | | | | | |
| 84. Mid Cap Value (Perkins Mid Cap Value) | A | Dividend | J | T | | | | | |
| 85. International Value II (Dodge & Cox) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. International Growth (Jamns Overseas) | A | Dividend | J | T | | | | | |
| 87. 401(k) ACCOUNT #2 | | | | | | | | | |
| 88. Merrill Lynch | A | Interest | J | T | | | | | |
| 89. LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |
| 90. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 91. Century Link | A | Dividend | J | T | Buy | 04/01/12 | J | | |
| 92. Citigroup CS | | None | J | T | | | | | |
| 93. Dow Chemical CS | A | Dividend | J | T | | | | | |
| 94. General Electric CS | A | Dividend | J | T | | | | | |
| 95. Intel CS | A | Dividend | J | T | | | | | |
| 96. Merck CS | A | Dividend | J | T | | | | | |
| 97. Nektar Therapeutics CS | | None | J | T | | | | | |
| 98. Panacos Pharm. CS | | None | J | T | | | | | |
| 99. Pfizer CS | A | Dividend | J | T | | | | | |
| 100. Qwest CS | A | Dividend | | | Merged (with line 91) | 04/01/12 | J | A | |
| 101. Sirius CS | | None | J | T | | | | | |
| 102. Wilsons Leather CS | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TRUST #1 | | | | | | | | | |
| 104. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 105. AMCAP MF | A | Dividend | L | T | | | | | |
| 106. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 107. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 108. Fundamental Inv. MF | A | Distribution | L | T | | | | | |
| 109. Growth Fund of America MF | A | Distribution | L | T | | | | | |
| 110. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 111. New Perspective MF | A | Dividend | L | T | Buy | 03/29/12 | J | | |
| 112. New Perspective MF | A | Dividend | L | T | Buy | 06/01/12 | K | | |
| 113. Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 114. TRUST #2 | | | | | | | | | |
| 115. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 116. AMCAP MF | A | Dividend | K | T | | | | | |
| 117. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 118. Europacific Growth MF | A | Dividend | L | T | | | | | |
| 119. Fundamental Inv. MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 121.  Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 122.  New Perspective MF | A | Dividend | L | T | Buy | 03/29/12 | K | | |
| 123.  New Perspective MF | A | Dividend | L | T | Buy | 06/01/12 | J | | |
| 124.  Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 125.  TRUST #3 | | | | | | | | | |
| 126.  Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 127.  AMCAP MF | A | Dividend | K | T | | | | | |
| 128.  Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 129.  Europacific Growth MF | A | Dividend | K | T | | | | | |
| 130.  Fundamental Inv. MF | A | Dividend | K | T | | | | | |
| 131.  Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 132.  Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 133.  New Perspective MF | A | Dividend | L | T | Buy | 03/29/12 | K | | |
| 134.  New Perspective MF | A | Dividend | L | T | Buy | 06/01/12 | J | | |
| 135.  Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 136.  TRUST #4 (          #3) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Trust Account | A | Interest | J | T | | | | | |
| 138. AMCAP MF | A | Dividend | L | T | | | | | |
| 139. Fundamental Inv. MF | B | Dividend | L | T | | | | | |
| 140. Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 141. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 142. Lord Abbet Inv. Trust | A | Dividend | K | T | Buy | 03/02/12 | K | | |
| 143. New Perspective MF | A | Dividend | L | T | | | | | |
| 144. Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 145. TRUST #5 | | | | | | | | | |
| 146. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 147. AMCAP MF | A | Dividend | K | T | | | | | |
| 148. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 149. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 150. Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 151. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 152. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 153. Growth Fund of America MF | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 155. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 156. Altisource Asset Management | | None | J | T | Spinoff (from line 157) | 12/26/12 | J | | |
| 157. Altisource Portfolio CS | | None | J | T | | | | | |
| 158. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 01/26/12 | J | B | |
| 159. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 06/19/12 | J | B | |
| 160. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 10/03/12 | J | B | |
| 161. Altisource Residential Corp | | None | J | T | Spinoff (from line 157) | 12/26/12 | J | | |
| 162. AON CS | A | Dividend | | | Sold | 08/07/12 | J | B | |
| 163. Artio Global Investors | A | Dividend | | | Sold | 08/31/12 | J | A | |
| 164. AIG Group | | None | J | T | Buy | 03/27/12 | J | | |
| 165. AIG Group | | None | J | T | Buy | 05/07/12 | J | | |
| 166. AIG Group | | None | J | T | Buy | 09/12/12 | J | | |
| 167. Apple Inc. | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 168. Bank of NY Mellon | A | Dividend | J | T | Buy | 01/27/12 | J | | |
| 169. Barrick Gold CS | A | Dividend | J | T | | | | | |
| 170. Berkshire Hathaway | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Broadridge Financial | A | Dividend | | | Sold | 07/18/12 | J | A | |
| 172. Chemtura | | None | K | T | Buy | 07/26/12 | J | | |
| 173. Chevron | A | Dividend | | | Sold | 01/16/12 | J | C | |
| 174. Cisco Systems CS | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 175. Citigroup | A | Dividend | K | T | | | | | |
| 176. Clearwire CS | | None | J | T | | | | | |
| 177. Consol Energy | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 178. Corning | A | Dividend | J | T | | | | | |
| 179. Covanta | A | Dividend | | | Sold | 06/29/12 | J | A | |
| 180. Direct TV CS | | None | J | T | | | | | |
| 181. Dish Network CS | | None | K | T | | | | | |
| 182. Domtar | A | Dividend | K | T | | | | | |
| 183. Ebay CS | | None | K | T | Sold (part) | 04/19/12 | J | C | |
| 184. Ebay CS | | None | K | T | Sold (part) | 07/19/12 | J | C | |
| 185. Fairchild Semi | | None | K | T | Sold (part) | 01/09/12 | J | B | |
| 186. Fairchild Semi | | None | K | T | Sold (part) | 04/19/12 | J | A | |
| 187. Fairchild Semi | | None | K | T | Sold (part) | 08/03/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Goldman Sachs | A | Dividend | K | T | Buy | 05/11/12 | J | | |
| 189. Google | | None | K | T | Buy | 01/20/12 | J | | |
| 190. Google | | None | K | T | Buy | 04/13/12 | J | | |
| 191. Healthnet | | None | J | T | Buy | 05/29/12 | J | | |
| 192. Healthnet | | None | J | T | Buy | 07/25/12 | J | | |
| 193. Healthnet | | None | J | T | Buy | 08/06/12 | J | | |
| 194. Healthnet | | None | J | T | Sold (part) | 05/29/12 | J | A | |
| 195. JPMorgan Chase CS | A | Dividend | K | T | | | | | |
| 196. Knoll Inc. CS | A | Dividend | | | Sold | 09/06/12 | J | C | |
| 197. Knology CS | | None | | | Sold | 02/28/12 | J | D | |
| 198. Mastercard | A | Dividend | K | T | Sold (part) | 05/01/12 | J | C | |
| 199. Metropsc Comm | | None | J | T | Buy | 10/17/12 | J | | |
| 200. Metrepcs Comm | | None | J | T | Buy | 12/04/12 | J | | |
| 201. Newscorp | A | Dividend | K | T | | | | | |
| 202. PNC Financial CS | A | Dividend | | | Sold | 08/21/12 | J | B | |
| 203. PNC Financial CS | A | Dividend | | | Sold | 09/19/12 | J | D | |
| 204. Sprint Nextel CS | | None | | | Sold | 10/01/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Sprint Nextel CS | | None | | | Sold | 10/24/12 | J | C | |
| 206. Time Warner, Inc. New | A | Dividend | J | T | | | | | |
| 207. TRW Automotive Holdings | | None | J | T | Buy | 05/18/12 | J | | |
| 208. TRW Automotive Holdings | | None | J | T | Buy | 10/23/12 | J | | |
| 209. US Bancorp CS | A | Dividend | K | T | | | | | |
| 210. TRUST #6 | | | | | | | | | |
| 211. Wells Fargo Trust Account | A | Interest | L | T | | | | | |
| 212. AMCAP MF | A | Dividend | K | T | | | | | |
| 213. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 214. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 215. Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 216. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 217. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 218. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 219. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 220. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 221. Altisource Asset Management | | None | J | T | Spinoff (from line 222) | 12/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Altisource Portfolio CS | | None | J | T | | | | | |
| 223. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 01/26/12 | J | B | |
| 224. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 06/19/12 | J | B | |
| 225. Altisource Portfolio Solutions | | None | J | T | Sold (part) | 10/03/12 | J | B | |
| 226. Altisource Residential Corp | | None | J | T | Spinoff (from line 222) | 12/26/12 | J | | |
| 227. AON Corp | A | Dividend | | | Sold | 08/07/12 | J | B | |
| 228. Apple Inc. | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 229. Artio Global Investors | A | Dividend | | | Sold | 08/31/12 | J | A | |
| 230. AIG Group | | None | J | T | Buy | 03/27/12 | J | | |
| 231. AIG Group | | None | J | T | Buy | 05/07/12 | J | | |
| 232. AIG Group | | None | J | T | Buy | 09/12/12 | J | | |
| 233. Bank of New York Mellon | A | Dividend | J | T | Buy | 01/27/12 | J | | |
| 234. Barrick Gold CS | A | Dividend | J | T | | | | | |
| 235. Berkshire Hathaway | | None | K | T | | | | | |
| 236. Broadridge Financial | A | Dividend | | | Sold | 07/18/12 | J | A | |
| 237. Chemtura | | None | K | T | Buy | 07/26/12 | J | | |
| 238. Chevron | A | Dividend | | | Sold | 01/06/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Cisco Systems CS | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 240. Clearwire CS | | None | J | T | | | | | |
| 241. Citigroup | A | Dividend | K | T | | | | | |
| 242. Consol Energy | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 243. Corning | A | Dividend | J | T | | | | | |
| 244. Covanta | A | Dividend | | | Sold | 06/29/12 | J | A | |
| 245. DirectTV CS | | None | J | T | | | | | |
| 246. Dish Network CS | | None | K | T | | | | | |
| 247. Dotmar | A | Dividend | K | T | | | | | |
| 248. Ebay CS | | None | K | T | Sold (part) | 04/19/12 | J | C | |
| 249. Ebay CS | | None | K | T | Sold (part) | 07/19/12 | J | C | |
| 250. Fairchild Semi | | None | K | T | Sold (part) | 01/19/12 | J | B | |
| 251. Fairchild Semi | | None | K | T | Sold (part) | 04/19/12 | J | A | |
| 252. Fairchild Semi | | None | K | T | Sold (part) | 08/03/12 | J | B | |
| 253. Goldman Sachs | A | Dividend | K | T | Buy | 05/11/12 | J | | |
| 254. Google | | None | K | T | Buy | 01/20/12 | J | | |
| 255. Google | | None | K | T | Buy | 04/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. JPMorgan Chase CS | A | Dividend | K | T | | | | | |
| 257. Knoll Inc. CS | A | Dividend | | | Sold | 09/06/12 | J | C | |
| 258. Knology CS | | None | | | Sold | 02/28/12 | J | D | |
| 259. Mastercard | A | Dividend | K | T | Sold (part) | 05/01/12 | J | C | |
| 260. Metro PCS | | None | J | T | Buy | 10/17/12 | J | | |
| 261. Metro PCS | | None | J | T | Buy | 12/04/12 | J | | |
| 262. News Corp | A | Dividend | K | T | | | | | |
| 263. PNC Financial CS | A | Dividend | | | Sold | 08/21/12 | J | B | |
| 264. PNC Financial CS | A | Dividend | | | Sold | 09/19/12 | J | D | |
| 265. Sprint Nextel CS | | None | | | Sold | 10/01/12 | J | B | |
| 266. Sprint Nextel CS | | None | | | Sold | 10/24/12 | J | C | |
| 267. Time Warner New | A | Dividend | J | T | | | | | |
| 268. TRW Automotive | | None | J | T | Buy | 05/18/12 | J | | |
| 269. TRW Automotive | | None | J | T | Buy | 10/23/12 | J | | |
| 270. US Bancorp CS | A | Dividend | K | T | | | | | |
| 271. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 272. West Moon Twp. Assoc. | E | Distribution | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Bensalem Realty Assoc. | G | Distribution | N | U | | | | | |
| 274. FC Donegal Assoc. | G | Distribution | O | U | | | | | |
| 275. First City GA Partners | F | Distribution | N | U | | | | | |
| 276. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 277. SCHWAB ACCOUNT | | | | | | | | | |
| 278. Abington PA School Dist. | B | Interest | K | T | | | | | |
| 279. Agilent Technologies | A | Dividend | J | T | Buy | 04/26/12 | J | | |
| 280. AmerisourceBergen Corp CS | A | Dividend | J | T | | | | | |
| 281. Apple | A | Dividend | J | T | Buy | 11/18/12 | J | | |
| 282. Automatic Data Proc. CS | A | Dividend | J | T | | | | | |
| 283. BCE New | A | Dividend | K | T | | | | | |
| 284. Bard CR Inc. CS | A | Dividend | K | T | | | | | |
| 285. Becton Dickinson CS | A | Dividend | J | T | | | | | |
| 286. Bentworth School Dist. BD | A | Interest | | | Sold | 03/15/12 | K | A | |
| 287. Butler Twp. BD | A | Interest | K | T | | | | | |
| 288. Central Bucks Pa BD | A | Interest | | | Sold | 05/15/12 | K | A | |
| 289. Colgate Palmolive CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Conoco Phillips CS | A | Dividend | K | T | Buy | 09/28/12 | J | | |
| 291. Conoco Phillips CS | A | Dividend | K | T | Spinoff (from line 290) | 06/06/12 | J | | |
| 292. Eaton Corp | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 293. Emerson Elec. CS | A | Dividend | K | T | | | | | |
| 294. Exxon Mobil CS | A | Dividend | J | T | | | | | |
| 295. General Electric CS | A | Dividend | | | Sold | 01/19/12 | J | A | |
| 296. IBM CS | A | Dividend | J | T | | | | | |
| 297. Johnson & Johnson CS | A | Dividend | K | T | Buy | 09/28/12 | J | | |
| 298. JP Morgan Chase CS | A | Dividend | J | T | | | | | |
| 299. Lowes | A | Dividend | K | T | Buy | 05/23/12 | J | | |
| 300. Mastercard | A | Dividend | K | T | Sold (part) | 03/14/12 | J | | |
| 301. Microsoft | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 302. Monroeville PA Mun. | A | Interest | K | T | | | | | |
| 303. Mount Lebanon PA | B | Interest | K | T | | | | | |
| 304. Octorara PA Area | B | Interest | K | T | | | | | |
| 305. Pepsico CS | A | Dividend | J | T | | | | | |
| 306. Pfizer | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. PNC Financial CS | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 308. Praxair CS | A | Dividend | J | T | | | | | |
| 309. Republic Services CS | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 310. Rock-Tenn Co CUA | A | Dividend | K | T | Buy | 04/25/12 | J | | |
| 311. Schlumberger CS | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 312. Symantec Corp | | None | J | T | | | | | |
| 313. Schwab MM | A | Interest | L | T | | | | | |
| 314. Synopsys | | None | J | T | | | | | |
| 315. Sysco Corp. CS | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 316. Sysco Corp | A | Dividend | J | T | Buy | 05/30/12 | J | | |
| 317. Telefonica Span ADR | | None | | | Sold | 04/25/12 | J | A | |
| 318. Unilever CS | A | Dividend | J | T | | | | | |
| 319. United Parcel Svc. CS | A | Dividend | J | T | | | | | |
| 320. University Area Jt. | A | Interest | K | T | | | | | |
| 321. Pennsylvania HSG | A | Interest | K | T | Buy | 02/15/12 | K | | |
| 322. Wal-Mart CS | A | Dividend | | | Sold | 04/25/12 | J | A | |
| 323. Eaton Corp CS Exchange/New Basis | A | Dividend | | | Sold | 12/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544